# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | Troy Bowers, | : | Chapter 13 |
| | Debtor | : | Bankruptcy No. 18-18073-REF |

## ORDER

AND NOW, upon consideration of the Motion to Reinstate Bankruptcy Proceeding and Reinstate the Automatic Stay ("Motion"), and after notice and opportunity for hearing.

IT IS HEREBY ORDERED that the above captioned Bankruptcy proceeding is reinstated.

IT IS FURTHER ORDERED that the automatic stay is reimposed and the dismissal order dated 1/22/19 is vacated.

BY THE COURT:

4/18/19

_____
Richard E. Fehling
United States Bankruptcy Judge