United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                        Case No. 18-18073-ref
Troy Bowers                                                   Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-4          User: Lisa              Page 1 of 2            Date Rcvd: Apr 18, 2019
                              Form ID: pdf900         Total Noticed: 23
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2019.
```
db             +Troy Bowers,    3602 Willingham Ave.,    Reading, PA 19605-1156
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14242705        AT&T Universal,    PO Box 65000,    Sioux Falls, SD 57117
14242706       +Bank of America,    450 American Street,    Simi Valley, CA 93065-6285
14249447       +Bank of America, N.A.,    c/o KML Law Group, P.C.,    701 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-1541
14242707       +Bonita Bowers,    850 Carsonia Ave,    Apt. B,    304,    Reading, PA 19606-1257
14242708       +Cap1/bstby,    50 Northwest Point Road,    Elk Grove Village, IL 60007-1032
14242711       +Citibank/Sears,    PO Box 790040,    Saint Louis, MO 63179-0040
14242714        National Penn Bank,    Philadelphia and Reading A,    Boyertown, PA 19512
14242715       +Wells Fargo Bank,    PO Box 31557,    Billings, MT 59107-1557
14246808       +Wells Fargo Bank, N.A.,    435 Ford Road, Suite 300,    St. Louis Park, MN 55426-4938
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 19 2019 02:47:50
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 19 2019 02:48:12     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14242709       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 19 2019 02:50:46     Capital One,
                 PO Box 30253,    Salt Lake City, UT 84130-0253
14242712       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 19 2019 02:47:31     Comenity Cap,
                 PO Box 182120,    Columbus, OH 43218-2120
14248132        E-mail/PDF: resurgentbknotifications@resurgent.com Apr 19 2019 02:50:23     LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14242713       +E-mail/Text: Bankruptcies@nragroup.com Apr 19 2019 02:48:44     Natioanl Recovery Agency,
                 2491 Paxton Street,    Harrisburg, PA 17111-1036
14273492        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 19 2019 03:05:40
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14243795        E-mail/Text: bnc-quantum@quantum3group.com Apr 19 2019 02:47:35
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
                                                                                               TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14242716*      +Wells Fargo Bank,    PO Box 31557,    Billings, MT 59107-1557
14242710      ##+Carrington Mortgage Se,    1610 E Saint Andrew Place Suite B150,    Santa Ana, CA 92705-4931
                                                                                               TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-4          User: Lisa              Page 2 of 2              Date Rcvd: Apr 18, 2019
                              Form ID: pdf900         Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 18, 2019 at the address(es) listed below:

        BRENNA HOPE MENDELSOHN    on behalf of Debtor Troy  Bowers tobykmendelsohn@comcast.net
        REBECCA ANN SOLARZ    on behalf of Creditor    Bank of America, N.A. bkgroup@kmllawgroup.com
        SCOTT  WATERMAN    ECFmail@fredreiglech13.com,   ECF_FRPA@Trustee13.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

                                                                                          TOTAL: 4

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:    Troy Bowers,          :    Chapter 13
         Debtor                 :    Bankruptcy No. 18-18073-REF

## ORDER

AND NOW, upon consideration of the Motion to Reinstate Bankruptcy Proceeding and Reinstate the Automatic Stay ("Motion"), and after notice and opportunity for hearing.

IT IS HEREBY ORDERED that the above captioned Bankruptcy proceeding is reinstated.

IT IS FURTHER ORDERED that the automatic stay is reimposed and the dismissal order dated 1/22/19 is vacated.

BY THE COURT:

4/18/19

_____
Richard E. Fehling
United States Bankruptcy Judge