UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                         :

TROY   BOWERS

                                                           : Chapter 13

            Debtor(s)                      : Bankruptcy No. 18-18073AMC

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Scott F. Waterman, Standing Chapter 13 Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: March 9, 2020**

_____
Ashely M. Chan,
U.S. Bankruptcy Judge