United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-18073-amc
Troy Bowers                                                             Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: PaulP              Page 1 of 2             Date Rcvd: Mar 09, 2020
                              Form ID: pdf900          Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2020.
```
db              +Troy Bowers,    3602 Willingham Ave.,    Reading, PA 19605-1156
smg             +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                  Allentown, PA 18101-1603
smg              City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg             +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg             +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg             +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14242705         AT&T Universal,    PO Box 65000,    Sioux Falls, SD 57117
14242706        +Bank of America,    450 American Street,    Simi Valley, CA 93065-6285
14249447        +Bank of America, N.A.,    c/o KML Law Group, P.C.,    701 Market Street,    Suite 5000,
                  Philadelphia, PA 19106-1541
14242707        +Bonita Bowers,    850 Carsonia Ave,    Apt. B,    304,    Reading, PA 19606-1257
14242708        +Cap1/bstby,    50 Northwest Point Road,    Elk Grove Village, IL 60007-1032
14334939        +Carrington Mortgage Services, LLC,    1600 South Douglass Road,    Anaheim, CA 92806-5951
14242711        +Citibank/Sears,    PO Box 790040,    Saint Louis, MO 63179-0040
14242714         National Penn Bank,    Philadelphia and Reading A,    Boyertown, PA 19512
14242715        +Wells Fargo Bank,    PO Box 31557,    Billings, MT 59107-1557
14340233         Wells Fargo Bank, N.A.,    Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
                  Des Moines, IA 50306-0438
14246808        +Wells Fargo Bank, N.A.,    435 Ford Road, Suite 300,    St. Louis Park, MN 55426-4938
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 10 2020 03:03:06
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 10 2020 03:03:14     U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14242709        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 10 2020 02:53:13      Capital One,
                  PO Box 30253,    Salt Lake City, UT 84130-0253
14242712        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 10 2020 03:03:04      Comenity Cap,
                  PO Box 182120,    Columbus, OH 43218-2120
14248132         E-mail/PDF: resurgentbknotifications@resurgent.com Mar 10 2020 02:51:33      LVNV Funding, LLC,
                  Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14242713        +E-mail/Text: Bankruptcies@nragroup.com Mar 10 2020 03:03:20      Natioanl Recovery Agency,
                  2491 Paxton Street,    Harrisburg, PA 17111-1036
14273492         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 10 2020 02:50:16
                  Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14349108        +E-mail/Text: bncmail@w-legal.com Mar 10 2020 03:03:12     Pallino Asset Management, LLC,
                  c/o Weinstein & Riley, P.S.,    2001 Western Ave, Ste 400,    Seattle, WA 98121-3132
14243795         E-mail/Text: bnc-quantum@quantum3group.com Mar 10 2020 03:03:04
                  Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
                                                                                               TOTAL: 9
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14242716*       +Wells Fargo Bank,    PO Box 31557,    Billings, MT 59107-1557
14242710       ##+Carrington Mortgage Se,    1610 E Saint Andrew Place Suite B150,    Santa Ana, CA 92705-4941
                                                                                              TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2020                              Signature:  /s/Joseph Speetjens

```
District/off: 0313-4          User: PaulP              Page 2 of 2              Date Rcvd: Mar 09, 2020
                              Form ID: pdf900          Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 9, 2020 at the address(es) listed below:

```
          BRENNA HOPE MENDELSOHN    on behalf of Debtor Troy  Bowers tobykmendelsohn@comcast.net
          REBECCA ANN SOLARZ    on behalf of Creditor    Bank of America, N.A. bkgroup@kmllawgroup.com
          ROLANDO   RAMOS-CARDONA     on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
           ecfmail@readingch13.com
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
          SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
           ECFMail@ReadingCh13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                           TOTAL: 6
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                         :

TROY   BOWERS

                                                  : Chapter 13

      Debtor(s)                                       : Bankruptcy No. 18-18073AMC

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Scott F. Waterman, Standing Chapter 13 Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: March 9, 2020**

_____
Ashely M. Chan,
U.S. Bankruptcy Judge